UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Stacey L. Mullen, Esquire
2091 N. Springdale Road
Suite 17
Cherry Hill, NJ 08003
(856) 778-8677
By: Stacey L. Mullen, Esquire (SM5598)

In Re:                                                                          Case No.: ___16-22029
    Ronald and Leah Pilarchik,                                  Judge: ____JNP
                                                                                                        Chapter: 13

**CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION
_X_ TO CREDITOR'S MOTION OR CERTIFICATION OF DEFAULT
TO TRUSTEE'S MOTION OR CERTIFICATION OF DEFAULT**

The debtor in the above-captioned chapter 13 proceeding hereby objects to the following **(choose one)**:

1.   _X_  Motion for Relief from the Automatic Stay filed by creditor
        Ally.  A hearing has been scheduled for
        4/3/18   at      10:00 am

OR

__ Motion to Dismiss filed by the Standing Chapter 13 Trustee.
A hearing has been scheduled for __, at _____ am.

__ Certification of Default filed by creditor,
I am requesting a hearing be scheduled on this matter.

OR

_X_ Certification of Default filed by Standing Chapter 13 Trustee
I am requesting a hearing be scheduled on this matter.

I am objecting to the above for the following reasons **(choose one)**:

__ Payments have been made in the amount of $ _____, but have not been accounted for. Documentation in support is attached hereto.
__ Payments have not been made for the following reasons and debtor proposes

repayment as follows **(explain your answer)**:

   X   Other **(explain your answer)**: Debtors can pay $460.00 in 2 weeks, resume regular payments in April and propose to cure arrears commencing April for the next 4 months.

3. This certification is being made in an effort to resolve the issues raised by the creditor in its motion.

4. I certify the above facts to be true. I am aware that if the above facts are willfully false, I am subject to punishment.

Date: 3/19/18                     /s/ Ronald Pilarchik
                                  Debtor's Signature

Date: 3/19/18                     /s/ Leah Pilarchik
                                  Debtor's Signature

**NOTE:** Pursuant to the Court's General Orders entered on January 4th, 2005, this form must be filed with the Court and served upon the creditor and the Standing Chapter 13 Trustee, **at least seven (7) days before the return date, pursuant to *DNJ LBR 9013-1(d), Motion Practice*,** if filed in opposition to a *Motion for Relief from the Automatic Stay*; **and within 10 days of the filing of a *Creditor's Certification of Default* under an *Order Resolving Motion to Vacate Stay and/or Dismiss with Conditions*. Absent the filing of this mandatory new form, the creditor's stay relief motion will be deemed uncontested, and the creditor's appearance at the hearing will *not* be required.**

*1/3/05/jml*