# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:

Ronald G. Pilarchik and Leah J. Pilarchik

Case No.: 16-22029

Hearing Date:

Chapter: JNP

Judge: 13

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable Jerrold N. Poslusny Jr., United States Bankruptcy Judge.

**Reason for Hearing:** Hearing on Debtor(s) Objection to Creditor's Certification of Default Filed by Ally Financial

**Location of Hearing:** Courtroom No. 4C
US Bankruptcy Court
4th and Cooper Streets
Camden, NJ 08101

**Date and Time:** 2/5/2019 at 10:00 AM, or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:** ☒ ARE REQUIRED    ☐ ARE NOT REQUIRED

DATE: January 8, 2019

JEANNE A. NAUGHTON, Clerk

By: /S/ Elizabeth Grassia
Deputy Clerk

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on January 8, 2019 this notice was served on the following:
Debtor(s)          Isabel Balboa - Trustee
Attorney for Debtor(s)    Office of the US Trustee
Attorney for Creditor(s)

JEANNE A. NAUGHTON, Clerk

By: /S/ Elizabeth Grassia
Deputy Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:  
Ronald G. Pilarchik  
Leah J. Pilarchik  
    Debtors

Case No. 16-22029-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Jan 08, 2019  
                    Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2019.  
db/jdb        +Ronald G. Pilarchik,    Leah J. Pilarchik,    827 St. Regis Court,    Mantua, NJ 08051-2046

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                         TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2019                                Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 8, 2019 at the address(es) listed below:  
         Denise E. Carlon    on behalf of Creditor    MidFirst Bank dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         Jenelle C Arnold    on behalf of Creditor    MidFirst Bank bkecfinbox@aldridgepite.com, jarnold@ecf.courtdrive.com  
         John R. Morton, Jr.    on behalf of Creditor    Ally Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
         Rebecca Ann Solarz    on behalf of Creditor    MidFirst Bank rsolarz@kmllawgroup.com  
         Stacey L. Mullen    on behalf of Joint Debtor Leah J. Pilarchik slmullen@comcast.net  
         Stacey L. Mullen    on behalf of Debtor Ronald G. Pilarchik slmullen@comcast.net  
                                                                TOTAL: 8