Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                      Case No.: 16−22029−JNP
                      Chapter: 13
                      Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ronald G. Pilarchik                             Leah J. Pilarchik
   827 St. Regis Court                             827 St. Regis Court
   Mantua, NJ 08051                              Mantua, NJ 08051

Social Security No.:
   xxx−xx−0004                                       xxx−xx−1023

Employer's Tax I.D. No.:

## NOTICE OF HEARING

    NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:                June 25, 2019
Time:              10:00 AM
Location:       4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*71* − Certification in Opposition to (related document:70 Creditor's Certification of Default (related document:55 Order (Generic)) filed by Denise E. Carlon on behalf of MidFirst Bank. Objection deadline is 06/3/2019. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order # 4 Certificate of Service) filed by Creditor MidFirst Bank) filed by Stacey L. Mullen on behalf of Leah J. Pilarchik, Ronald G. Pilarchik. (Mullen, Stacey)

and transact such other business as may properly come before the meeting.

Dated: May 29, 2019
JAN: eag

                                                                             Jeanne Naughton
                                                                             Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Ronald G. Pilarchik  
Leah J. Pilarchik  
    Debtors

Case No. 16-22029-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin        Page 1 of 1        Date Rcvd: May 29, 2019  
                           Form ID: 173        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 31, 2019.  
db/jdb        +Ronald G. Pilarchik,   Leah J. Pilarchik,   827 St. Regis Court,   Mantua, NJ 08051-2046

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2019                                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 29, 2019 at the address(es) listed below:  
          Denise E. Carlon    on behalf of Creditor   MidFirst Bank dcarlon@kmllawgroup.com,  
           bkgroup@kmllawgroup.com  
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,  
           summarymail@standingtrustee.com  
          Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com  
          Jenelle C Arnold    on behalf of Creditor   MidFirst Bank bkecfinbox@aldridgepite.com,  
           jarnold@ecf.courtdrive.com  
          John R. Morton, Jr.    on behalf of Creditor   Ally Financial ecfmail@mortoncraig.com,  
           mortoncraigecf@gmail.com  
          Rebecca Ann Solarz    on behalf of Creditor   MidFirst Bank rsolarz@kmllawgroup.com  
          Stacey L. Mullen    on behalf of Joint Debtor Leah J. Pilarchik slmullen@comcast.net  
          Stacey L. Mullen    on behalf of Debtor Ronald G. Pilarchik slmullen@comcast.net  
                                                                                                  TOTAL: 8