UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Stacey L. Mullen, Esquire
2091 N. Springdale Road - Suite 17
Cherry Hill, New Jersey, 08003
(856) 778-8677
Attorney for Debtor(s)
Stacey L. Mullen, Esquire (SLM-5588)

Order Filed on July 19, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

Ronald and Leah Pilarchik,

                     Debtors

Case No.: 16-22029 (JNP)

Chapter 13

Hearing Date:

Judge: JNP

## AMENDED ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED**

**DATED: July 19, 2019**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

ORDERED that <u>Stacey L. Mullen</u>, the applicant, is allowed a fee of $ <u>400.00</u>          for services rendered and expenses in the amount of $ <u>n/a</u>    for a total of $ <u>400.00</u>          . The allowance shall be payable:

      <u>XXXXX</u>       through the Chapter 13 plan as an administrative priority.

                         outside the plan.

The debtor's monthly plan is modified to require a payment of <u>$516.00</u>   per month for  <u>23</u> months to allow for payment of the aforesaid fee.

(Local Form 14 Rev. September 2002)