| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Stacey L. Mullen, Esquire<br>2091 N. Springdale Road - Suite 17<br>Cherry Hill, New Jersey, 08003<br>(856) 778-8677<br>Attorney for Debtor(s)<br>Stacey L. Mullen, Esquire (SLM-5588) | **Order Filed on July 19, 2019 by<br>Clerk U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>Ronald and Leah Pilarchik,<br><br>                              Debtors | Case No.: 16-22029 (JNP)<br><br>Chapter 13<br><br>Hearing Date:<br><br>Judge: JNP |

### AMENDED ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED**

**DATED: July 19, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

ORDERED that <u>Stacey L. Mullen</u>, the applicant, is allowed a fee of $ <u>400.00</u>           for services rendered and expenses in the amount of $ <u>n/a</u>    for a total of $ <u>400.00</u>          . The allowance shall be payable:

   <u>XXXXX</u>  through the Chapter 13 plan as an administrative priority.

        outside the plan.

The debtor's monthly plan is modified to require a payment of <u>$516.00</u>  per month for  <u>23</u> months to allow for payment of the aforesaid fee.

(Local Form 14 Rev. September 2002)

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 16-22029-JNP
Ronald G. Pilarchik                                                                       Chapter 13
Leah J. Pilarchik
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1              Date Rcvd: Jul 19, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 21, 2019.
db/jdb         +Ronald G. Pilarchik,    Leah J. Pilarchik,    827 St. Regis Court,    Mantua, NJ 08051-2046

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 19, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    MidFirst Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Jenelle C Arnold    on behalf of Creditor    MidFirst Bank bkecfinbox@aldridgepite.com,
               jarnold@ecf.courtdrive.com
              John R. Morton, Jr.    on behalf of Creditor    Ally Financial ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor    MidFirst Bank rsolarz@kmllawgroup.com
              Stacey L. Mullen    on behalf of Joint Debtor Leah J. Pilarchik slmullen@comcast.net
              Stacey L. Mullen    on behalf of Debtor Ronald G. Pilarchik slmullen@comcast.net
                                                                                             TOTAL: 8