Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

_____

Case No.:  16−22029−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Ronald G. Pilarchik                         Leah J. Pilarchik
    827 St. Regis Court                         827 St. Regis Court
    Mantua, NJ 08051                            Mantua, NJ 08051
Social Security No.:
    xxx−xx−0004                                 xxx−xx−1023
Employer's Tax I.D. No.:

_____

## NOTICE OF HEARING

    NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N.
Poslusny Jr. on

Date:               November 5, 2019
Time:               10:00 AM
Location:           4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street,
Camden, NJ 08101−2067

to consider and act upon the following:

*84* − Certification in Opposition to (related document:81 Creditor's Certification of Default (related document:55
Order (Generic), 70 Creditor's Certification of Default filed by Creditor MidFirst Bank, 74 Order (Generic)) filed by
Denise E. Carlon on behalf of MidFirst Bank. Objection deadline is 10/17/2019. (Attachments: # 1 Exhibit "A" # 2
Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) filed by Creditor MidFirst Bank) filed by Stacey L.
Mullen on behalf of Leah J. Pilarchik, Ronald G. Pilarchik. (Mullen, Stacey)

and transact such other business as may properly come before the meeting.

Dated: October 15, 2019
JAN: lgr

                                                    Jeanne Naughton
                                                    Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 16-22029-JNP
Ronald G. Pilarchik                                                             Chapter 13
Leah J. Pilarchik
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin          Page 1 of 1          Date Rcvd: Oct 15, 2019
                             Form ID: 173          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 17, 2019.
db/jdb        +Ronald G. Pilarchik,    Leah J. Pilarchik,    827 St. Regis Court,    Mantua, NJ 08051-2046

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 17, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 15, 2019 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor   MidFirst Bank dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Jenelle C Arnold    on behalf of Creditor   MidFirst Bank bkecfinbox@aldridgepite.com,
           jarnold@ecf.courtdrive.com
          John R. Morton, Jr.    on behalf of Creditor   Ally Financial ecfmail@mortoncraig.com,
           mortoncraigecf@gmail.com
          Kevin Gordon McDonald    on behalf of Creditor   MidFirst Bank kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Rebecca Ann Solarz    on behalf of Creditor   MidFirst Bank rsolarz@kmllawgroup.com
          Stacey L. Mullen    on behalf of Joint Debtor Leah J. Pilarchik slmullen@comcast.net
          Stacey L. Mullen    on behalf of Debtor Ronald G. Pilarchik slmullen@comcast.net
                                                                                   TOTAL: 9