UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Stacey L. Mullen, Esquire
2091 N. Springdale Road
Suite 17
Cherry Hill, NJ 08003
Attorney for Debtors
(856) 778-8677

Order Filed on April 22, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Ronald and Leah Pilarchik

Case No.:   16-22029

Judge: JNP

Chapter: 13

# ORDER APPROVING APPLICATION FOR TRIAL LOAN MODIFICATION

The relief as set forth on the following page, numbered two (2) it is hereby **ORDERED**

**DATED: April 22, 2020**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**In re: Ronald and Leah Pilarchik**
**Case No.: 16-22029 (JNP)**
**Caption of Order: Order Approving Application for Trial Loan Modification**

---

This matter being opened to the Court by the Debtors, through their attorney, with notice to all creditors and the Trustee and that the Court having reviewed the application of the Debtors and any objections thereto and being of the opinion that the relief is appropriate and warranted and for good cause shown:

IT IS ORDERED that the Debtors' request to approve trial loan modification is granted;

IT IS FURTHER ORDERED that, if Debtors successfully complete the trial program and is approved for a permanent loan modification, they will file a motion to approve the final loan modification within 30 days of their last trial period payment.

IT IS FURTHER ORDERED that the Trustee will refrain from making any further disbursements regarding the Mortgage proof of claim, to secured creditor MidFirst Bank, during the 3 month trial loan modification process.