| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Stacey L. Mullen, Esquire<br>2091 N. Springdale Road - Suite 17<br>Cherry Hill, New Jersey, 08003<br>(856) 778-8677<br>Attorney for Debtor(s)<br>Stacey L. Mullen, Esquire (SLM-5588) | Order Filed on August 21, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>Ronald and Leah Pilarchik,<br>　　　　　　　　　　　Debtors | Case No.: 16-22029 (JNP)<br>Chapter 13<br>Hearing Date:<br>Judge: JNP |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED**

**DATED: August 21, 2020**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

ORDERED that <u>Stacey L. Mullen</u>, the applicant, is allowed a fee of $ <u>800.00</u>    for services rendered and expenses in the amount of $ <u>n/a</u>  for a total of $ <u>800.00</u>    . The allowance shall be payable:

   <u>XXXXX</u>  through the Chapter 13 plan as an administrative priority.

        outside the plan.

The debtor's monthly plan is modified to require a payment of <u>$600.00</u>  per month for <u>2</u> months to allow for payment of the aforesaid fee.

(Local Form 14 Rev. September 2002)