UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Stacey L. Mullen, Esquire
2091 N. Springdale Road - Suite 17
Cherry Hill, New Jersey, 08003
(856) 778-8677
Attorney for Debtor(s)
Stacey L. Mullen, Esquire (SLM-5588)

Order Filed on August 21, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Ronald and Leah Pilarchik,

                  Debtors

Case No.: 16-22029 (JNP)

Chapter 13

Hearing Date:

Judge: JNP

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED**

**DATED: August 21, 2020**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

ORDERED that <u>Stacey L. Mullen</u>, the applicant, is allowed a fee of $ <u>800.00</u> for services rendered and expenses in the amount of $ <u>n/a</u> for a total of $ <u>800.00</u>. The allowance shall be payable:

      <u>XXXXX</u>      through the Chapter 13 plan as an administrative priority.

                     outside the plan.

The debtor's monthly plan is modified to require a payment of <u>$600.00</u> per month for <u>2</u> months to allow for payment of the aforesaid fee.

(Local Form 14 Rev. September 2002)

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                          Case No. 16-22029-JNP
Ronald G. Pilarchik                                             Chapter 13
Leah J. Pilarchik
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-1          User: admin             Page 1 of 1          Date Rcvd: Aug 21, 2020
                              Form ID: pdf903         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2020.
```
db/jdb         +Ronald G. Pilarchik,   Leah J. Pilarchik,   827 St. Regis Court,   Mantua, NJ 08051-2046
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 21, 2020 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor   MidFirst Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Jenelle C Arnold    on behalf of Creditor   MidFirst Bank bkecfinbox@aldridgepite.com,
               jarnold@ecf.courtdrive.com
              John R. Morton, Jr.    on behalf of Creditor   Ally Financial ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              Kevin Gordon McDonald    on behalf of Creditor   MidFirst Bank kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor   MidFirst Bank rsolarz@kmllawgroup.com
              Stacey L. Mullen    on behalf of Joint Debtor Leah J. Pilarchik slmullen@comcast.net
              Stacey L. Mullen    on behalf of Debtor Ronald G. Pilarchik slmullen@comcast.net
                                                                                              TOTAL: 9
```