Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
401 Market Street  
Camden, NJ 08102

Case No.: 16−22029−JNP  
Chapter: 13  
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Ronald G. Pilarchik  
827 St. Regis Court  
Mantua, NJ 08051

Leah J. Pilarchik  
827 St. Regis Court  
Mantua, NJ 08051

Social Security No.:  
xxx−xx−0004    xxx−xx−1023

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on August 26, 2016.

On September 14, 2020 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on:

Date:            October 21, 2020  
Time:            09:00 AM  
Location:        4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: September 15, 2020  
JAN: eag

Jeanne Naughton  
Clerk

```
                           United States Bankruptcy Court
                                District of New Jersey

In re:                                                       Case No. 16-22029-JNP
Ronald G. Pilarchik                                          Chapter 13
Leah J. Pilarchik
      Debtors                    CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                  Page 1 of 3                  Date Rcvd: Sep 15, 2020
                               Form ID: 185                 Total Noticed: 60


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 17, 2020.
db/jdb         +Ronald G. Pilarchik,    Leah J. Pilarchik,    827 St. Regis Court,    Mantua, NJ 08051-2046
516246684      +Amer/Assist A/R Solutions,    P.O. Box 26095,    Columbus, OH 43226-0095
516246669     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,    P.O. Box 15019,    Wilmington, DE 19886)
516454156      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
516246665      +Best Buy Credit Services,    P.O. Box 78009,    Phoenix, AZ 85062-8009
516401248       Capital One NA,   c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516405802      +Emerg Care Services of Nj,P.A.,    6681 Country Club Drive,    Golden Valley MN 55427-4601
516246662      +First Premier Bank,    P.O. Box 5529,    Sioux Falls, SD 57117-5529
516246667      +Goodyear Credit Plan,    P.O. Box 9001006,    Louisville, KY 40290-1006
516246656     #+KML Law Group,    216 Haddon Avenue,    Suite 406,    Westmont, NJ 08108-2812
516246688      +Long and Foster,    1132 Mantua Pike,    Mantua, NJ 08051-1663
516246664      +Macy's,   P.O. Box 78008,    Phoenix, AZ 85062-8008
516246680      +Maryland Transportation Authority,    P.O. Box 17600,    Baltimore, MD 21297-1600
516350379      +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
516246654      +Midland Mortgage,    P.O. Box 26648,    Oklahoma City, OK 73126-0648
516246685      +Receivables Outsourcing, LLC,    P.O. Box 62850,    Baltimore, MD 21264-2850
516246673      +Target Card Services,    P.O. Box 660170,    Dallas, TX 75266-0170
516299423       US DEPT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,    MADISON WI 53708-8973
516522278       US Department of Education,    P O Box 16448,    Saint Paul MN 55116-0448
516246686      +Viant Health Payment Solutions,    1105 West 2400 South,    Salt Lake City, UT 84119-1547
516304509       Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se,    P.O. Box 19657,    Irvine, CA 92623-9657
516246658      +Wells Fargo Dealer Services,    P.O. Box 25341,    Santa Ana, CA 92799-5341

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 15 2020 23:51:08      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 15 2020 23:51:05      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516246683      +E-mail/Text: bkrpt@retrievalmasters.com Sep 15 2020 23:51:05      AMCA,   P.O. Box 1235,
                 Elmsford, NY 10523-0935
516246657      +E-mail/Text: ally@ebn.phinsolutions.com Sep 15 2020 23:50:18      Ally,   P.O. Box 380902,
                 Bloomington, MN 55438-0902
516280842       E-mail/Text: ally@ebn.phinsolutions.com Sep 15 2020 23:50:18      Ally Financial,
                 PO Box 130424,    Roseville MN 55113-0004
516246660      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 15 2020 23:58:35      Capital One Bank,
                 P.O. Box 71083,    Charlotte, NC 28272-1083
516341505       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 15 2020 23:58:03
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
516246679      +E-mail/Text: bankruptcy@philapark.org Sep 15 2020 23:51:36      City of Philadelphia,
                 P.O. Box 41819,    Philadelphia, PA 19101-1819
516409974      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 15 2020 23:50:55
                 Comenity Capital Bank/Paypal Credit,    c/o Weinstein & Riley, PS,   2001 Western Ave., Ste 400,
                 Seattle, WA 98121-3132
516246659      +E-mail/PDF: creditonebknotifications@resurgent.com Sep 15 2020 23:58:42      Credit One Bank,
                 P.O. Box 60500,    City of Industry, CA 91716-0500
516446788       E-mail/Text: bnc-quantum@quantum3group.com Sep 15 2020 23:51:02
                 Department Store National Bank,    c/o Quantum3 Group LLC,   PO Box 657,
                 Kirkland, WA  98083-0657
516246668      +E-mail/Text: bnc-bluestem@quantum3group.com Sep 15 2020 23:51:31      Fingerhut,   P.O. Box 166,
                 Newark, NJ 07101-0166
516246677       E-mail/PDF: ais.chase.ebn@americaninfosource.com Sep 15 2020 23:58:01
                 Chase Cardmember Services,    P.O. Box 15153,    Wilmington, DE 19886
516246675      +E-mail/Text: PBNCNotifications@peritusservices.com Sep 15 2020 23:50:30      Kohls,
                 P.O. Box 2983,    Milwaukee, WI 53201-2983
516449099       E-mail/PDF: resurgentbknotifications@resurgent.com Sep 15 2020 23:57:45
                 LVNV Funding, LLC its successors and assigns as,    assignee of LC Trust I,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
516398885       E-mail/PDF: resurgentbknotifications@resurgent.com Sep 15 2020 23:57:45
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517223362       E-mail/PDF: resurgentbknotifications@resurgent.com Sep 15 2020 23:58:11
                 LVNV Funding, LLC its successors and assigns as as,    PO Box 10587,
                 Greenville, SC  29603-0587
516246682      +E-mail/Text: bk@lendingclub.com Sep 15 2020 23:51:28      Lending Club,   71 Stevenson Street,
                 Suite 300,    San Francisco, CA 94105-2985
516246674      +E-mail/PDF: gecsedi@recoverycorp.com Sep 15 2020 23:57:57      Lowes/Synchrony Bank,
                 P.O. Box 530914,    Atlanta, GA 30353-0914
516336554       E-mail/PDF: MerrickBKNotifications@Resurgent.com Sep 15 2020 23:57:54      MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
516246663      +E-mail/PDF: MerrickBKNotifications@Resurgent.com Sep 15 2020 23:57:55      Merrick Bank,
                 P.O. Box 660702,    Dallas, TX 75266-0702
```

```
District/off: 0312-1           User: admin                  Page 2 of 3                  Date Rcvd: Sep 15, 2020
                               Form ID: 185                 Total Noticed: 60


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516246661      +E-mail/PDF: MerrickBKNotifications@Resurgent.com Sep 15 2020 23:57:31     Merrick Bank,
                 P.O. Box 9201,    Old Bethpage, NY 11804-9001
516389469      +E-mail/Text: bankruptcydpt@mcmcg.com Sep 15 2020 23:51:05      Midland Funding LLC,
                 PO Box 2011,    Warren MI 48090-2011
516246687       E-mail/Text: info@phoenixfinancialsvcs.com Sep 15 2020 23:50:17
                 Phoenix Financial Services, LLC,    P.O. Box 361450,    Indianapolis, IN 46236
516464764       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 15 2020 23:58:08
                 Portfolio Recovery Associates, LLC,    c/o Best Buy Visa,    POB 41067,    Norfolk VA 23541
516462404       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 15 2020 23:57:42
                 Portfolio Recovery Associates, LLC,    c/o Goodyear,    POB 41067,    Norfolk VA 23541
516246676      +E-mail/PDF: gecsedi@recoverycorp.com Sep 15 2020 23:57:57      PayPal Credit,    P.O. Box 105658,
                 Atlanta, GA 30348-5658
516434374      +E-mail/Text: bankruptcy@philapark.org Sep 15 2020 23:51:36      Philadelphia Parking Authority,
                 701 Market Street, Suite 5400,    Philadelphia, PA 19106-2895
516442364      +E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 15 2020 23:51:14      Premier Bankcard, Llc,
                 c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
516246678      +E-mail/Text: bkrpt@retrievalmasters.com Sep 15 2020 23:51:05      RMCB,    P.O. Box 1235,
                 Elmsford, NY 10523-0935
518055868      +E-mail/Text: bncmail@w-legal.com Sep 15 2020 23:51:12      SYNCHRONY BANK,
                 c/o Weinstein & Riley, P.S.,    2001 Western Ave, Ste 400,    Seattle, WA 98121-3132
518055869      +E-mail/Text: bncmail@w-legal.com Sep 15 2020 23:51:12      SYNCHRONY BANK,
                 c/o Weinstein & Riley, P.S.,    2001 Western Ave, Ste 400,    Seattle, WA 98121,
                 SYNCHRONY BANK,    c/o Weinstein & Riley, P.S. 98121-3132
516246671      +E-mail/PDF: gecsedi@recoverycorp.com Sep 15 2020 23:57:57      Synchrony Bank,    P.O. Box 960090,
                 Orlando, FL 32896-0090
516246672      +E-mail/PDF: gecsedi@recoverycorp.com Sep 15 2020 23:58:27      Synchrony Bank,    P.O. Box 960061,
                 Orlando, FL 32896-0061
516380045      +E-mail/Text: bncmail@w-legal.com Sep 15 2020 23:51:12      TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
516246681      +E-mail/Text: bankruptcynotices@cbecompanies.com Sep 15 2020 23:51:20      The CBE Group,
                 1309 Technology Parkway,    Cedar Falls, IA 50613-6976
516246655      +E-mail/PDF: OGCRegionIIBankruptcy@hud.gov Sep 15 2020 23:58:03
                 U.S. Department of Housing and Urban Development,    451 7th Street S.W.,
                 Washington, DC 20410-0002
516246670      +E-mail/PDF: gecsedi@recoverycorp.com Sep 15 2020 23:58:27      Walmart/Synchrony Bank,
                 P.O. Box 530927,    Atlanta, GA 30353-0927
                                                                                              TOTAL: 38

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             Ally Financial,    PO Box 130424,    Roseville, MN  55113-0004
516246666*     +First Premier Bank,    P.O. Box 5529,    Sioux Falls, SD 57117-5529
                                                                                              TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 15, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    MidFirst Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
```

```
District/off: 0312-1                  User: admin                      Page 3 of 3                  Date Rcvd: Sep 15, 2020
                                      Form ID: 185                     Total Noticed: 60
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Jenelle C Arnold    on behalf of Creditor    MidFirst Bank bkecfinbox@aldridgepite.com,
               jarnold@ecf.courtdrive.com
              John R. Morton, Jr.    on behalf of Creditor    Ally Financial ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              Kevin Gordon McDonald     on behalf of Creditor    MidFirst Bank kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor    MidFirst Bank rsolarz@kmllawgroup.com
              Stacey L. Mullen    on behalf of Joint Debtor Leah J. Pilarchik slmullen@comcast.net
              Stacey L. Mullen    on behalf of Debtor Ronald G. Pilarchik slmullen@comcast.net
                                                                                             TOTAL: 9
```