Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 16–22029–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Ronald G. Pilarchik | Leah J. Pilarchik |
| 827 St. Regis Court | 827 St. Regis Court |
| Mantua, NJ 08051 | Mantua, NJ 08051 |

Social Security No.:
  xxx–xx–0004                                                 xxx–xx–1023

Employer's Tax I.D. No.:

### NOTICE OF HEARING

    NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:             February 9, 2021
Time:            11:00 AM
Location:       4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*136* – Certification in Opposition to (related document:135 Creditor's Certification of Default (related document:26 Motion for Relief from Stay re: 827 Saint Regis Court, Mantua NJ 08051. Fee Amount $ 181. filed by Creditor MidFirst Bank, 47 Creditor's Certification of Default filed by Creditor MidFirst Bank, 70 Creditor's Certification of Default filed by Creditor MidFirst Bank, 81 Creditor's Certification of Default filed by Creditor MidFirst Bank, 90 Order (Generic)) filed by Denise E. Carlon on behalf of MidFirst Bank. Objection deadline is 01/19/2021. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) filed by Creditor MidFirst Bank) filed by Stacey L. Mullen on behalf of Leah J. Pilarchik, Ronald G. Pilarchik. (Attachments: # 1 Exhibit) (Mullen, Stacey)

and transact such other business as may properly come before the meeting.


Dated: January 15, 2021
JAN: eag

                                                                              Jeanne Naughton
                                                                              Clerk