Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 16–22029–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Ronald G. Pilarchik
827 St. Regis Court
Mantua, NJ 08051

Leah J. Pilarchik
827 St. Regis Court
Mantua, NJ 08051

Social Security No.:
xxx–xx–0004

xxx–xx–1023

Employer's Tax I.D. No.:

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:              June 1, 2021
Time:              11:00 AM
Location:          4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*148* – Certification in Opposition to (related document:147 Creditor's Certification of Default (related document:26 Motion for Relief from Stay re: 827 Saint Regis Court, Mantua NJ 08051. Fee Amount $ 181. filed by Creditor MidFirst Bank, 135 Creditor's Certification of Default filed by Creditor MidFirst Bank, 140 Order (Generic)) filed by Denise E. Carlon on behalf of MidFirst Bank. Objection deadline is 05/11/2021. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) filed by Creditor MidFirst Bank) filed by Stacey L. Mullen on behalf of Leah J. Pilarchik, Ronald G. Pilarchik. (Mullen, Stacey)

and transact such other business as may properly come before the meeting.

Dated: May 4, 2021
JAN: eag

Jeanne Naughton
Clerk