Form 173 − hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 16−22029−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ronald G. Pilarchik                                       Leah J. Pilarchik
   827 St. Regis Court                                      827 St. Regis Court
   Mantua, NJ 08051                                       Mantua, NJ 08051

Social Security No.:
   xxx−xx−0004                                                 xxx−xx−1023

Employer's Tax I.D. No.:

## NOTICE OF HEARING

    NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:                June 1, 2021
Time:               11:00 AM
Location:       4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*148* − Certification in Opposition to (related document:147 Creditor's Certification of Default (related document:26 Motion for Relief from Stay re: 827 Saint Regis Court, Mantua NJ 08051. Fee Amount $ 181. filed by Creditor MidFirst Bank, 135 Creditor's Certification of Default filed by Creditor MidFirst Bank, 140 Order (Generic)) filed by Denise E. Carlon on behalf of MidFirst Bank. Objection deadline is 05/11/2021. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) filed by Creditor MidFirst Bank) filed by Stacey L. Mullen on behalf of Leah J. Pilarchik, Ronald G. Pilarchik. (Mullen, Stacey)

and transact such other business as may properly come before the meeting.

Dated: May 4, 2021
JAN: eag

                                                                           Jeanne Naughton
                                                                           Clerk

United States Bankruptcy Court

District of New Jersey

In re:    Case No. 16-22029-JNP
Ronald G. Pilarchik    Chapter 13
Leah J. Pilarchik
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 2
Date Rcvd: May 04, 2021    Form ID: 173    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 06, 2021:**

**Recip ID     Recipient Name and Address**
db/jdb    + Ronald G. Pilarchik, Leah J. Pilarchik, 827 St. Regis Court, Mantua, NJ 08051-2046

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2021    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 4, 2021 at the address(es) listed below:

**Name     Email Address**

Denise E. Carlon
    on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Isabel C. Balboa
    ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Isabel C. Balboa
    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Jenelle C Arnold
    on behalf of Creditor MidFirst Bank bkecfinbox@aldridgepite.com  jarnold@ecf.courtdrive.com

John R. Morton, Jr.
    on behalf of Creditor Ally Financial ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

Kevin Gordon McDonald
    on behalf of Creditor MidFirst Bank kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com

District/off: 0312-1 | User: admin | Page 2 of 2
Date Rcvd: May 04, 2021 | Form ID: 173 | Total Noticed: 1

Rebecca Ann Solarz
    on behalf of Creditor MidFirst Bank rsolarz@kmllawgroup.com

Stacey L. Mullen
    on behalf of Joint Debtor Leah J. Pilarchik slmullen@comcast.net

Stacey L. Mullen
    on behalf of Debtor Ronald G. Pilarchik slmullen@comcast.net

TOTAL: 9