UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street
Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
MidFirst Bank

In Re:

Ronald Pilarchik & Leah Pilarchik,

Debtor.

| | |
|---|---|
| Case No.: | 16-22029-JNP |
| Adv. No.: | |
| Chapter: | 13 |
| Hearing Date: | 8/4/2020 |
| Judge: | Kaplan |

## ADJOURNMENT REQUEST FOR CHAPTER 13

1.  I, _____ Denise Carlon, Esq. _____,

    ☒   am the attorney for: _____ MidFirst Bank _____

    ☐   am self-represented

    Phone number: _____ 201-549-2363 _____

    Email address: _____ dcarlon@kmllawgroup.com _____

2.  I request an adjournment of the following hearing:

    Matter: _____ Secured Creditor's Certification of Default  (Docket # 147) _____

    Current hearing date and time: _____ 6/1/2021 @ 9:00 a.m. _____

    New date requested: _____ 6/22/2021 @ 9:00 a.m. _____

    Reason for adjournment request: _____ To allow the parties time to amicably resolve the issues _____

    at hand. _____

3.  I request an adjournment of confirmation:

Current confirmation date and time: _____

New date requested: _____

Reason for adjournment request: _____

_____

Confirmation has been adjourned _____ previous times

Trustee payments are current through _____

The meeting of creditors under § 341(a) of the Code  ☐ was conducted  ☐ was not conducted

4.  Consent to adjournment:

☒  I have the consent of all parties.      ☐  I do not have the consent of all parties (explain

below):  _____

_____

_____

I certify under penalty of perjury that the foregoing is true.

Date: 5/18/2021 _____          /s/ Denise Carlon _____
                                             Signature

**Pursuant to D.N.J. LBR 5071-1(b) an adjournment
request must be made not later than 3 days before the hearing.**

**NOTE: THIS FORM MUST BE SUBMITTED TO THE CHAPTER 13 TRUSTEE, AND IS NOT
REQUIRED WHEN SEEKING THE ADJOURNMENT OF A 341(a) MEETING OF CREDITORS.**

**OFFICIAL USE ONLY:** _____

The request for adjournment is:

☒  Granted          New hearing date: 6/22/2021 at 11:00am                    ☐  Peremptory

☐  Granted over objection(s)  New hearing date: _____  ☐  Peremptory

☐  Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic
filers of the new hearing date.**

*rev.10/1/15*

2