Form ntcfncurv – testntcfncurv27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                       Case No.: 16–22029–JNP
                       Chapter: 13
                       Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ronald G. Pilarchik                                 Leah J. Pilarchik
   827 St. Regis Court                                 827 St. Regis Court
   Mantua, NJ 08051                                   Mantua, NJ 08051

Social Security No.:
   xxx–xx–0004                                            xxx–xx–1023

Employer's Tax I.D. No.:

### NOTICE OF RECEIPT OF RESPONSE TO
### NOTICE OF FINAL CURE PAYMENT

   TO: <u>Ronald G. Pilarchik and Leah J. Pilarchik</u>
        Debtor(s)

   You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under
Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post–petition amounts.

Dated: September 8, 2021
JAN: def

                                                                   <u>Jeanne Naughton, Clerk</u>