| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Ronald G. Pilarchik | Social Security number or ITIN  xxx–xx–0004 |
|  | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Leah J. Pilarchik | Social Security number or ITIN  xxx–xx–1023 |
|  | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 16–22029–JNP | |

# Order of Discharge                                                                    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Ronald G. Pilarchik                                    Leah J. Pilarchik

10/13/21                                                          **By the court:** Jerrold N. Poslusny Jr.
                                                                                         United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                                    **Chapter 13 Discharge**                                    page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
Ronald G. Pilarchik  
Leah J. Pilarchik  
    Debtors

Case No. 16-22029-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 4  
Date Rcvd: Oct 13, 2021      Form ID: 3180W      Total Noticed: 60

The following symbols are used throughout this certificate:  
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 15, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ronald G. Pilarchik, Leah J. Pilarchik, 827 St. Regis Court, Mantua, NJ 08051-2046 |
| cr | + | Townhomes at St. Regis Walk Assn Inc., Realty Solutions LLC, 415 S. White Horse Pike, Suite 2, Audubon, NJ 08106-1310 |
| 516246684 | + | Amer/Assist A/R Solutions, P.O. Box 26095, Columbus, OH 43226-0095 |
| 516454156 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 516405802 | + | Emerg Care Services of Nj,P.A., 6681 Country Club Drive, Golden Valley MN 55427-4601 |
| 516246688 | + | Long and Foster, 1132 Mantua Pike, Mantua, NJ 08051-1663 |
| 516246680 | + | Maryland Transportation Authority, P.O. Box 17600, Baltimore, MD 21297-1600 |
| 516246685 | + | Receivables Outsourcing, LLC, P.O. Box 62850, Baltimore, MD 21264-2850 |
| 516299423 | | US DEPT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON WI 53708-8973 |
| 516246686 | + | Viant Health Payment Solutions, 1105 West 2400 South, Salt Lake City, UT 84119-1547 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 13 2021 20:25:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 13 2021 20:25:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516246683 | + | EDI: RMCB.COM | Oct 14 2021 00:23:00 | AMCA, P.O. Box 1235, Elmsford, NY 10523-0935 |
| 516246657 | + | EDI: GMACFS.COM | Oct 14 2021 00:23:00 | Ally, P.O. Box 380902, Bloomington, MN 55438-0902 |
| 516280842 | | EDI: GMACFS.COM | Oct 14 2021 00:23:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 516246669 | | EDI: BANKAMER.COM | Oct 14 2021 00:23:00 | Bank of America, P.O. Box 15019, Wilmington, DE 19886 |
| 516246665 | + | EDI: CITICORP.COM | Oct 14 2021 00:23:00 | Best Buy Credit Services, P.O. Box 78009, Phoenix, AZ 85062-8009 |
| 516246660 | + | EDI: CAPITALONE.COM | Oct 14 2021 00:23:00 | Capital One Bank, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 516341505 | | EDI: CAPITALONE.COM | Oct 14 2021 00:23:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 516401248 | | EDI: BL-BECKET.COM | Oct 14 2021 00:23:00 | Capital One NA, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516246679 | + | Email/Text: bankruptcy@philapark.org | Oct 13 2021 20:25:00 | City of Philadelphia, P.O. Box 41819, |

| ID | Method | Date/Time | Recipient |
|---|---|---|---|
| | | | Philadelphia, PA 19101-1819 |
| 516409974 | + EDI: WFNNB.COM | Oct 14 2021 00:23:00 | Comenity Capital Bank/Paypal Credit, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 516246659 | + Email/PDF: creditonebknotifications@resurgent.com | Oct 13 2021 20:23:59 | Credit One Bank, P.O. Box 60500, City of Industry, CA 91716-0500 |
| 516246664 | + EDI: CITICORP.COM | Oct 14 2021 00:23:00 | Macy's, P.O. Box 78008, Phoenix, AZ 85062 |
| 516446788 | EDI: Q3G.COM | Oct 14 2021 00:23:00 | Department Store National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 516246668 | + EDI: BLUESTEM | Oct 14 2021 00:23:00 | Fingerhut, P.O. Box 166, Newark, NJ 07101-0166 |
| 516246662 | + EDI: AMINFOFP.COM | Oct 14 2021 00:23:00 | First Premier Bank, P.O. Box 5529, Sioux Falls, SD 57117-5529 |
| 516246667 | + EDI: CITICORP.COM | Oct 14 2021 00:23:00 | Goodyear Credit Plan, P.O. Box 9001006, Louisville, KY 40290-1006 |
| 516246677 | EDI: JPMORGANCHASE | Oct 14 2021 00:23:00 | Chase Cardmember Services, P.O. Box 15153, Wilmington, DE 19886 |
| 516246675 | + Email/Text: PBNCNotifications@peritusservices.com | Oct 13 2021 20:24:00 | Kohls, P.O. Box 2983, Milwaukee, WI 53201-2983 |
| 516398885 | Email/PDF: resurgentbknotifications@resurgent.com | Oct 13 2021 20:24:01 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 516449099 | Email/PDF: resurgentbknotifications@resurgent.com | Oct 13 2021 20:34:07 | LVNV Funding, LLC its successors and assigns as, assignee of LC Trust I, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517223362 | Email/PDF: resurgentbknotifications@resurgent.com | Oct 13 2021 20:24:01 | LVNV Funding, LLC its successors and assigns as as, PO Box 10587, Greenville, SC 29603-0587 |
| 516246682 | + Email/Text: bk@lendingclub.com | Oct 13 2021 20:25:00 | Lending Club, 71 Stevenson Street, Suite 300, San Francisco, CA 94105-2985 |
| 516246674 | + EDI: RMSC.COM | Oct 14 2021 00:23:00 | Lowes/Synchrony Bank, P.O. Box 530914, Atlanta, GA 30353-0914 |
| 516336554 | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 13 2021 20:23:31 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 516246663 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 13 2021 20:23:57 | Merrick Bank, P.O. Box 660702, Dallas, TX 75266-0702 |
| 516246661 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 13 2021 20:23:13 | Merrick Bank, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 516350379 | + EDI: AISMIDFIRST | Oct 14 2021 00:23:00 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 516389469 | + EDI: MID8.COM | Oct 14 2021 00:23:00 | Midland Funding LLC, PO Box 2011, Warren MI 48090-2011 |
| 516246654 | + EDI: AISMIDFIRST | Oct 14 2021 00:23:00 | Midland Mortgage, P.O. Box 26648, Oklahoma City, OK 73126-0648 |
| 516246687 | Email/Text: info@phoenixfinancialsvcs.com | Oct 13 2021 20:24:00 | Phoenix Financial Services, LLC, P.O. Box 361450, Indianapolis, IN 46236 |
| 516464764 | EDI: PRA.COM | Oct 14 2021 00:23:00 | Portfolio Recovery Associates, LLC, c/o Best Buy Visa, POB 41067, Norfolk VA 23541 |
| 516462404 | EDI: PRA.COM | Oct 14 2021 00:23:00 | Portfolio Recovery Associates, LLC, c/o Goodyear, POB 41067, Norfolk VA 23541 |
| 516246676 | + EDI: RMSC.COM | | |

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 13, 2021 | Form ID: 3180W | Total Noticed: 60 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Oct 14 2021 00:23:00 | PayPal Credit, P.O. Box 105658, Atlanta, GA 30348-5658 |
| 516434374 | + | Email/Text: bankruptcy@philapark.org | Oct 13 2021 20:25:00 | Philadelphia Parking Authority, 701 Market Street, Suite 5400, Philadelphia, PA 19106-2895 |
| 516442364 | + | EDI: JEFFERSONCAP.COM | Oct 14 2021 00:23:00 | Premier Bankcard, Llc, c o Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 516246678 | + | EDI: RMCB.COM | Oct 14 2021 00:23:00 | RMCB, P.O. Box 1235, Elmsford, NY 10523-0935 |
| 518055869 | + | Email/Text: bncmail@w-legal.com | Oct 13 2021 20:25:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121, SYNCHRONY BANK, c/o Weinstein & Riley, P.S. 98121-3132 |
| 518055868 | + | Email/Text: bncmail@w-legal.com | Oct 13 2021 20:25:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 516246672 | + | EDI: RMSC.COM | Oct 14 2021 00:23:00 | Synchrony Bank, P.O. Box 960061, Orlando, FL 32896-0061 |
| 516246671 | + | EDI: RMSC.COM | Oct 14 2021 00:23:00 | Synchrony Bank, P.O. Box 960090, Orlando, FL 32896-0090 |
| 516380045 | + | Email/Text: bncmail@w-legal.com | Oct 13 2021 20:25:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 516246673 | + | EDI: WTRRNBANK.COM | Oct 14 2021 00:23:00 | Target Card Services, P.O. Box 660170, Dallas, TX 75266-0170 |
| 516246681 | + | Email/Text: bankruptcynotices@cbecompanies.com | Oct 13 2021 20:25:00 | The CBE Group, 1309 Technology Parkway, Cedar Falls, IA 50613-6976 |
| 516246655 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Oct 13 2021 20:23:57 | U.S. Department of Housing and Urban Development, 451 7th Street S.W., Washington, DC 20410-0002 |
| 516522278 | | EDI: ECMC.COM | Oct 14 2021 00:23:00 | US Department of Education, P O Box 16448, Saint Paul MN 55116-0448 |
| 516246670 | + | EDI: RMSC.COM | Oct 14 2021 00:23:00 | Walmart/Synchrony Bank, P.O. Box 530927, Atlanta, GA 30353-0927 |
| 516304509 | | EDI: WFFC.COM | Oct 14 2021 00:23:00 | Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se, P.O. Box 19657, Irvine, CA 92623-9657 |
| 516246658 | + | EDI: WFFC.COM | Oct 14 2021 00:23:00 | Wells Fargo Dealer Services, P.O. Box 25341, Santa Ana, CA 92799-5341 |

TOTAL: 50

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | Ally Financial, PO Box 130424, Roseville, MN 55113-0004 |
| 516246666 | *+ | First Premier Bank, P.O. Box 5529, Sioux Falls, SD 57117-5529 |
| 516246656 | ##+ | KML Law Group, 216 Haddon Avenue, Suite 406, Westmont, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

Case 16-22029-JNP    Doc 168    Filed 10/15/21    Entered 10/16/21 00:15:36    Desc
Imaged Certificate of Notice    Page 6 of 6

| District/off: 0312-1 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Oct 13, 2021 | Form ID: 3180W | Total Noticed: 60 |

belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 15, 2021    Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 13, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Chester A. Luszcz | on behalf of Creditor Townhomes at St. Regis Walk Assn Inc. luszcz@comcast.net bluszcz@comcast.net |
| Denise E. Carlon | on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Jenelle C Arnold | on behalf of Creditor MidFirst Bank bkecfinbox@aldridgepite.com jarnold@ecf.courtdrive.com |
| John R. Morton, Jr. | on behalf of Creditor Ally Financial ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| Kevin Gordon McDonald | on behalf of Creditor MidFirst Bank kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Rebecca Ann Solarz | on behalf of Creditor MidFirst Bank rsolarz@kmllawgroup.com |
| Stacey L. Mullen | on behalf of Joint Debtor Leah J. Pilarchik slmullen@comcast.net |
| Stacey L. Mullen | on behalf of Debtor Ronald G. Pilarchik slmullen@comcast.net |

TOTAL: 10